# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

D'ORSAY JOHNSON

NO. 2024 KW 1228

**MARCH 14, 2025**

---

In Re:   D'Orsay Johnson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-20-02757.

---

**BEFORE:   THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT DENIED.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that on August 27, 2024, the commissioner responded to relator's "Memorandum in Support of First Post Conviction Application for Relief" filed by relator on August 12, 2024, with instructions to use the Uniform Application for Postconviction Relief approved by the Louisiana Supreme Court. See La. Code Crim. P. art. 926(D).

**MRT**
**CHH**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT